BUFFALO AND JAMESTOWN RAILROAD COMPANY, RESPONDENT, *v.* ERIE L. HALL, APPELLANT.

Motion for leave to go to the Court of Appeals granted, on the ground that the case involves questions of law which ought to be reviewed in that court.

CHARLES CLEVELAND, RESPONDENT, *v.* THE NEW JERSEY STEAMBOAT COMPANY, APPELLANT.

Judgment and order affirmed.

ALFRED M. DUNHAM, RESPONDENT, *v.* JOHN COON AND OTHERS, EDWARD C. WILCOX, APPELLANT.

Order appealed from affirmed with ten dollars costs and disbursements to be paid by appellants.

MARY L. FISHER AND OTHERS, APPELLANTS, *v.* CHARLES W. HERSEY AND OTHERS, RESPONDENTS.

Order of Special Term in partition action reversed with ten dollars costs and disbursements, and motion granted with ten dollars costs.

ALEXANDER BROWN, APPELLANT, *v.* WATSON C. WALKER, RESPONDENT.

Order appealed from reversed with ten dollars costs and disbursements. *Held,* that there was no valid consideration for the alleged agreement to extend the time, and as a stipulation in the pending suit it was void because not in writing.

HARDIN, J., not voting.

GROVE F. STRONG, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR.

Judgment and conviction reversed, and proceedings remitted to the Court of Sessions of Onondaga county. *Held,* that the case does not show that any offense was committed by the plaintiff in error.